UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.C.,<br><br>    Plaintiff,<br><br>  v.<br><br>MARTIN J. O'MALLEY,<br><br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:23-cv-01795-DSF-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

  IT IS THEREFORE ORDERED that the Social Security Commissioner's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings.

Dated: May 14, 2024

                             _____
                             HONORABLE DALE S. FISCHER
                             United States District Judge