JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.C.,<br><br>            Plaintiff,<br><br>      v.<br><br>MARTIN J. O'MALLEY,<br><br>Commissioner of Social Security,<br><br>            Defendant. | Case No. 2:23-cv-01795-DSF-SHK<br><br>**JUDGMENT** |

    It is the judgment of this Court that the Social Security Commissioner's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Order.

DATED: May 14, 2024

                                             _____
                                             HONORABLE DALE S. FISCHER
                                             United States District Judge