IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| PRISCILLA CARMONA, | No.: 2:23-cv-01795-DSF-SHK |
| Plaintiff. | |
| -v- | **ORDER AWARDING EAJA FEES** |
| KILOLO KIJAKAZI, | |
| Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for Award of EAJA Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412(d) ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of eight thousand one hundred dollars, and 00/xx [$8,100.00], subject to the terms of the Stipulation. IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of $8,100.00, subject to any federal debt owed by the Plaintiff. If the Department of the Treasury determines that Plaintiff does not owe a federal debt, the government shall cause the payment of fees be made directly to Eddy Pierre Pierre and/or Pierre

Pierre Law, P.C., pursuant to the Assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

Dated:  August 6, 2024

                                     Honorable Dale S. Fischer
                                     United States District Judge